IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH R. CALIHAN,

    Plaintiff,

vs.

WILLIAM KNIPP, Warden, et al.,

    Defendants.

No. C 12-04198 YGR (PR)

**ORDER OF TRANSFER**

Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983, two applications to proceed *in forma pauperis* (IFP) (one of which has been subsequently and correctly terminated by the Clerk of the Court), and a motion for appointment of counsel. The acts complained of occurred at Mule Creek State Prison, which is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith. All pending motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

DATED: September 11, 2012

                                                             YVONNE GONZALEZ ROGERS
                                                             UNITED STATES DISTRICT COURT JUDGE